A. W. BLACK, Respondent, v. B. F. GOODIN et al., Appellants.

No. 404; September 5, 1864.

Appeal—Manner of Preparing—Indifference to Statute.—In order to have the court consider an appeal the appellant must bring it agreeably to the one hundred and ninety-fifth section of the Practice Act; gross irregularities in the manner of bringing the case up cannot be overlooked.

A. W. Thompson for respondent; C. W. Langdon for appellants.

SANDERSON, C. J.—This is an appeal from an order refusing a new trial. The motion seems to have been made upon something supposed to be a statement, but the record contains nothing which we can regard as such. There is nothing which purports to be a statement, nor is there anything agreed to by the parties, or settled by the judge, or certified to be correct as such by either. By examining the record and consulting the one hundred and ninety-fifth section of the Practice Act, counsel for appellants will readily perceive that the record in no respect complies with the statute.

Judgment affirmed.

We concur: Sawyer, J.; Currey, J.; Shafter, J.; Rhodes, J.